John C. Breslo, Esq.  State Bar No. 014972
    Email: jbreslo@breslolaw.com
The Breslo Law Firm
8426 East Shea Boulevard
Scottsdale, Arizona 85260
(480) 664-6635 (tel.)

Russell G. Petti, Esq,
THE LAW OFFICES OF RUSSELL G. PETTI
    EMail: Rpetti@petti-legal.com
466 Foothill Blvd., #389
La Canada, CA 91011
(818) 952-2162 (TEL)
(818) 952-2186 (FAX)

Attorneys for Plaintiff Michael P. Wanat

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL P. WANAT, <br><br> Plaintiff, <br><br> VS. <br><br> THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, <br> Defendant. | CASE NO: CV-14-2634-PHX-SPL <br><br> **STIPULATION TO DISMISS, WITH PREJUDICE; [PROPOSED] ORDER** |

Plaintiff Michael P. Wanat and Defendant The Prudential Insurance Company of America through their respective counsel of record, hereby stipulate that this action

///

///

///

1  be dismissed in its entirety with prejudice, with each party to bear her or its own
2  attorneys' fees and costs.

**It is so Stipulated.**

DATED: August 12, 2015                    DATED: August 12, 2015

The Breslo Law Firm                       Seyfarth Shaw LLP
The Law Offices of Russell G. Petti

     S/*Russell G. Petti*                      S/*Shelley Hebert*
BY ─────────────────────              BY ─────────────────────
        Russell G. Petti                          Shelley Hebert.
ATTORNEY FOR PLAINTIFF              ATTORNEY FOR DEFENDANT THE
    MICHAEL P. WANAT                       PRUDENTIAL INSURANCE
                                              COMPANY OF AMERICA

## [PROPOSED] ORDER

BASED ON THE STIPULATION OF THE PARTIES and for Good Cause shown, the above-captioned lawsuit is hereby dismissed with prejudice, with each party to bear his or its own costs and fees.

**It is so Ordered**

Date: August __, 2015

─────────────────────
The Honorable Steven P. Logan
United States District Judge

2
**STIPULATION TO DISMISS; CASE NO.:CV-14-2634-PHX-SPL**

## CERTIFICATE OF SERVICE

☒  I hereby certify that on  August 13, 2015   , I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:
 Shelley Herbert, John Breslo, Amanda Sonneborn, Anthony Fernandez
 Vincent Montell

☐  I hereby certify that on _____, I served the attached document by _____
(insert service method: mail, courier service, in-person delivery, e-mail)
on the following, who are not registered participants of the CM/ECF System:
_____
_____

                                                                        s/   Russell G. Petti